**Order entered December 20, 2022**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-22-00695-CR

**DARIOUS DANTREL LEWIS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 1**
**Dallas County, Texas**
**Trial Court Cause No. F-2075804-H**

### ORDER

Before the Court is Court Reporter Cheryl A. Dixon's request for a third extension of time to file the reporter's record. We **GRANT** the request and **ORDER** the reporter's record filed by **January 12, 2023**. We caution Ms. Dixon that further extensions will be strongly disfavored.

/s/    ERIN A. NOWELL
JUSTICE